No. 09-466. United States, Petitioner v. Leon Williams.

562 U.S. 1056, 131 S. Ct. 632, 178 L. Ed. 2d 471, 2010 U.S. LEXIS 9396.

November 29, 2010. Motion of respondent for leave to proceed in forma pauperis granted. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Abbott v. United States, 562 U.S. 8, 131 S. Ct. 18, 178 L. Ed. 2d 348 (2010). Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 558 F.3d 166.

No. 09-1497. United States, Petitioner v. Lee Almany.

562 U.S. 1056, 131 S. Ct. 637, 178 L. Ed. 2d 471, 2010 U.S. LEXIS 9051.

November 29, 2010. Motion of respondent for leave to proceed in forma pauperis granted. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Abbott v. United States, 562 U.S. 8, 131 S. Ct. 18, 178 L. Ed. 2d 348 (2010). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 598 F.3d 238.

No. 10-323. United States, Petitioner v. Joshua Huckabee.

562 U.S. 1056, 131 S. Ct. 648, 178 L. Ed. 2d 471, 2010 U.S. LEXIS 9127.

November 29, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Abbott v. United States, 562 U.S. 8, 131 S. Ct. 18, 178 L. Ed. 2d 348 (2010). Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 380 Fed. Appx. 101.

No. 09-11567. Christopher Dwayne Owens, Petitioner v. United States.

562 U.S. 1056, 131 S. Ct. 638, 178 L. Ed. 2d 471, 2010 U.S. LEXIS 9261.

November 29, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Johnson v. United States, 559 U.S. 133, 130 S. Ct. 1265, 176 L. Ed. 2d 1 (2010).

Same case below, 363 Fed. Appx. 696.